THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS BANDERAS-GONZALEZ,<br><br>Defendant. | CASE NO. CR14-0168-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to extend time to file indictment (Dkt. No. 17). The defendant has filed a waiver of speedy indictment. (Dkt. No. 18.) Having reviewed the unopposed motion, the Court finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

    1.    A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

    2.    The defense believes that an extension of time in which to indict may result in the possible resolution of the case without an Indictment and without trial.  Thus, the Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation, and that these factors

1  outweigh the best interests of the defendant and the public in a more speedy trial, within the
2  meaning of 18 U.S.C. § 3161(h)(7)(A).
3         IT IS THEREFORE ORDERED that the time within which an Indictment in this
4  case must be filed against the defendant shall be extended from June 27, 2014, to July 31, 2014.
5         IT IS FURTHER ORDERED that the period of delay from the date of the filing
6  of the agreed motion to July 31, 2014, is excludable time pursuant to the Speedy Trial Act, 18,
7  U.S.C. §§ 3161 *et seq.*
8     DATED this 18th day of June 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2